UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:16-CV-00577-HSM |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD EASTWOOD, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

The United States filed a Motion for Order Confirming Sale of Real Property and Directing Distribution of Sale Proceeds [Doc. 57]. This matter has been referred to the undersigned by the District Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. 58].

On August 23, 2018, the District Judge granted the United States' Motion for Summary Judgment [Doc. 53], ordering that Defendant's subject properties be sold by public auction pursuant to 28 U.S.C. § 2001 and the proceeds distributed according to the order. On May 7, 2019, the United States filed the pending motion to confirm the sale of subject properties located in Greene County, Tennessee [Doc. 57] and a proposed order [Doc. 57-2]. The motion states that the Orrick Lane and Red Hill Road properties were sold at a public auction on January 31, 2019 and the Welcome Grove Road properties were sold at a public auction on March 21, 2019.

The motion included a proposed order asking the Court to confirm the sale of the properties pursuant to 28 U.S.C. § 2001(b), which refers to a private sale and not public auction. This statute also requires a hearing. After the undersigned requested clarification on the applicability of such

statute to the case at hand, the United States filed Notice Regarding United States' Motion to Confirm Sale [Doc. 60] stating that the sale should instead be confirmed according to 28 U.S.C. § 2001(a), which does refer to public auction and does not require a hearing. The United States also attached an amended proposed order [Doc. 60-1] with the corrected statute.

Therefore, the undersigned **RECOMMENDS** that the United States' Motion for Order Confirming Sale of Real Property and Directing Distribution of Sale Proceeds [Doc. 57] be **GRANTED** and that United States' Amended Proposed Order [Doc. 61-1] be **ADOPTED**. [1]

Respectfully submitted,

s/ Clifton L. Corker
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. 28 U.S.C. § 636(b)(1).