UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:16-cv-577 |
| v. ) | |
| ) | Judge Mattice |
| EDWARD EASTWOOD, *et al.*, ) | Magistrate Judge Corker |
| ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

# **ORDER**

On June 20, 2019, United States Magistrate Judge Clifton L. Corker filed his Report and Recommendation, [Doc. 61], pursuant to 28 U.S.C. § 636. Magistrate Judge Corker recommended that the the United States' Motion for Order Confirming Sale of Real Property and Directing Distribution of Sale Proceeds [Doc. 57] be granted and the United States' Proposed Order [Doc. 60-1] be adopted. No party has appeared or otherwise objected to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, upon independent review the Court agrees with Magistrate Judge Corker's well-reasoned recommendation.

Accordingly,

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's conclusions of law and recommendations [Doc. 61], pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b);

- The United States' Motion for Order Confirming Sale of Property and Directing Distribution of Sale Proceeds is hereby **GRANTED**; and

---
[1] Magistrate Judge Corker specifically advised that any objections to his Report and Recommendation "must be filed within fourteen (14) days" of its entry. [Doc. 61 at 2 n.1]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

- An order confirming the sale of real property and distributing sale proceeds shall be entered separately.

**SO ORDERED** this 11th day of July, 2019.

_/s/ Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE
